JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVENT AKBARUT, ) | Case No. CV 22-6520-JPR |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| ) | |
| KILOLO KIJAKAZI, Acting ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |

For the reasons set forth in the accompanying Memorandum Decision and Order, it is ADJUDGED THAT the Acting Commissioner's request for an order affirming her final decision is GRANTED and judgment is entered in the Acting Commissioner's favor.

DATED: October 13, 2023

JEAN P. ROSENBLUTH
U.S. MAGISTRATE JUDGE